United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

JERRY CARROLL,
Plaintiff,

v.  Cv. No. 1:11-1009-JDT/egb

CARROLL COUNTY, et al.,
Defendants.

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the order entered in the above styled matter on 1/4/12, the Court **DISMISSES** the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A, for failure to state a claim upon which relief may be granted. Judgment is hereby entered for the Defendants. It is **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal *in forma pauperis*. Leave to proceed on appeal *in forma pauperis* is, therefore, **DENIED**. For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the second dismissal of one of his cases as frivolous or for failure to state a claim.

**APPROVED:**

  s/ **James D. Todd**
  JAMES D. TODD
  UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**